Ryan S. Cooper
Renier Pierantoni
**COOPER, LLC – COUNSELORS AT LAW**
108 N. Union Ave., Suite 4
Cranford, NJ 07016
ryan@cooperllc.com
renier@cooperllc.com
908.514.8830 x101

Misha Isaak (pro hac vice forthcoming)
James Kilcup (pro hac vice forthcoming)
Alexandra Giza (pro hac vice forthcoming)
**STOEL RIVES LLP**
760 SW Ninth Ave. Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Email: misha.isaak@stoel.com

*Attorneys for Defendant Labels & Lists, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* et al., <br><br> Plaintiffs, <br><br> v. <br><br> LABELS & LISTS, INC., et al., <br><br> Defendants. | CIVIL ACTION <br><br> Docket No. <br><br> **NOTICE OF MOTION FOR RECUSAL** <br><br> Motion Day: May 6, 2024 |

**PLEASE TAKE NOTICE** that, on May 6, 2024, at 10:00 am or as soon thereafter that counsel may be heard, Defendant Labels & Lists, Inc. ("L2"), by and through its counsel Cooper, LLC and Stoel Rives, LLP, shall move before the United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an order recusing the judges of the District of New Jersey from this matter so that it may be assigned to an out-of-district federal judge.

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, L2 will rely on the memorandum of law and Declaration of Misha Isaak, submitted herewith.

Dated: March 25, 2024

Respectfully submitted,
COOPER, LLC

By: /s/Ryan J. Cooper
Ryan J. Cooper
Renier P. Pierantoni
ryan@cooperllc.com
renier@cooperllc.com
**COOPER, LLC**
108 N. Union Ave., Suite 4
Cranford, NJ 07016
Telephone: (908) 514-8830

Misha Isaak (*pro hac vice application forthcoming*)
misha.isaak@stoel.com
James A. Kilcup (*pro hac vice application forthcoming*)
james.kilcup@stoel.com
Alexandra Choi Giza (*pro hac vice application forthcoming*)
alexandra.giza@stoel.com
**STOEL RIVES LLP**
760 SW Ninth Ave, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380

*Attorneys For Defendant Labels & Lists, Inc.*