Ryan J. Cooper
Renier Pierantoni
**COOPER, LLC – COUNSELORS AT LAW**
108 N. Union Ave., Suite 4
Cranford, NJ 07016
ryan@cooperllc.com
renier@cooperllc.com
908.514.8830 x101
*Attorneys for Defendant Labels & Lists, Inc.*

Misha Isaak (pro hac vice forthcoming)
James Kilcup (pro hac vice forthcoming)
Alexandra Giza (pro hac vice forthcoming)
**STOEL RIVES LLP**
760 SW Ninth Ave. Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Email: misha.isaak@stoel.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>LABELS & LISTS, INC., RICHARD ROES 1-1*0, fictitious names of unknown individuals* and ABC COMPANIES *1-10, fictitious names of unknown entities,*<br><br>Defendants. | CIVIL ACTION<br><br>Civil Action No. 2:24-cv-4174<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>BY DEFENDANT LABELS & LISTS, INC. |

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Labels & Lists, Inc. ("Defendant") makes the following representations:

1. Defendant has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2. Defendant is a citizen of the State of Washington.

3. No other individual or entity exists whose citizenship is attributed to Defendant.

Dated: March 26, 2024

Respectfully submitted,
COOPER, LLC

By: /s/Ryan J. Cooper
Ryan J. Cooper
Renier P. Pierantoni
ryan@cooperllc.com
renier@cooperllc.com
**COOPER, LLC**
108 N. Union Ave., Suite 4
Cranford, NJ 07016
Telephone: (908) 514-8830

Misha Isaak (*pro hac vice application forthcoming*)
misha.isaak@stoel.com
James A. Kilcup (*pro hac vice application forthcoming*)
james.kilcup@stoel.com
Alexandra Choi Giza (*pro hac vice application forthcoming*)
alexandra.giza@stoel.com
**STOEL RIVES LLP**
760 SW Ninth Ave, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380

*Attorneys For Defendant Labels & Lists, Inc.*

122807693.1 0079755-00004