Ryan J. Cooper
Renier Pierantoni
**COOPER, LLC – COUNSELORS AT LAW**
108 N. Union Ave., Suite 4
Cranford, NJ 07016
ryan@cooperllc.com
renier@cooperllc.com
908.514.8830 x101

Misha Isaak (pro hac vice forthcoming)
James Kilcup (pro hac vice forthcoming)
Alexandra Giza (pro hac vice forthcoming)
**STOEL RIVES LLP**
760 SW Ninth Ave. Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Email: misha.isaak@stoel.com

*Attorneys for Defendant Labels & Lists, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LABELS & LISTS, INC., et al.*,*<br><br>Defendants. | **CIVIL ACTION**<br><br>Docket No. 2:24-cv-4174<br><br><br>**CERTIFICATE OF SERVICE** |

I, **Ryan J. Cooper**, hereby certify that on this day I caused true and correct copies of the following documents filed by Defendant Labels & Lists, Inc.:

- Notice of Removal, including Declaration of J. Criddle and Civil Cover Sheet;

- Notice of Filing of Notice of Removal, including Exhibit A, filed in the New Jersey Superior Court, Law Division, Bergen County (and previously served via eCourts);

- Notice of Motion for Recusal, including Memorandum in Support, Declaration of M. Isaak, and Proposed Order; and

- this Certificate of Service;

to be served via First-Class Mail upon counsel for Plaintiffs as follows:

| | |
|---|---|
| **GENOVA BURNS LLC** | **PEM LAW LLP** |
| Rajiv D. Parikh, Esq. | Rajiv D. Parikh, Esq. |
| Kathleen Barnett Einhorn, Esq. | 1 Boland Drive |
| 494 Broad Street | West Orange, NJ 07052 |
| Newark, NJ 07102 | Tel: 973-577-5500 |
| Tel: 973-533-0777 | rparikh@pemlawfirm.com |
| rparikh@genovaburns.com | |
| keinhorn@genovaburns.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |
| *as listed on the Complaint* | *as listed on the District Court Docket* |

    I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  March 28, 2024

                                                       By:    /s/Ryan J. Cooper
                                                                   Ryan J. Cooper

| | |
|---|---|
| Ryan J. Cooper<br>Renier Pierantoni<br>**COOPER, LLC – COUNSELORS AT LAW**<br>108 N. Union Ave., Suite 4<br>Cranford, NJ 07016<br>ryan@cooperllc.com<br>renier@cooperllc.com<br>908.514.8830 x101<br>*Attorneys for Defendant Labels & Lists, Inc.* | Misha Isaak (pro hac vice forthcoming)<br>James Kilcup (pro hac vice forthcoming)<br>Alexandra Giza (pro hac vice forthcoming)<br>**STOEL RIVES LLP**<br>760 SW Ninth Ave. Suite 3000<br>Portland, OR 97205<br>Telephone: (503) 224-3380<br>Email: misha.isaak@stoel.com |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LABELS & LISTS, INC., et al.*,*<br><br>　　　　　Defendants. | **CIVIL ACTION**<br><br>Docket No. 2:24-cv-4174<br><br><br>**CERTIFICATE OF SERVICE** |

I, **Ryan J. Cooper**, hereby certify that on this day I caused true and correct copies of the following documents filed by Defendant Labels & Lists, Inc.:

- Notice of Removal, including Declaration of J. Criddle and Civil Cover Sheet;

- Notice of Filing of Notice of Removal, including Exhibit A, filed in the New Jersey Superior Court, Law Division, Bergen County (and previously served via eCourts);

- Notice of Motion for Recusal, including Memorandum in Support, Declaration of M. Isaak, and Proposed Order; and

- this Certificate of Service;

to be served via First-Class Mail upon counsel for Plaintiffs as follows:

| | |
|---|---|
| **GENOVA BURNS LLC** | **PEM LAW LLP** |
| Rajiv D. Parikh, Esq. | Rajiv D. Parikh, Esq. |
| Kathleen Barnett Einhorn, Esq. | 1 Boland Drive |
| 494 Broad Street | West Orange, NJ 07052 |
| Newark, NJ 07102 | Tel: 973-577-5500 |
| Tel: 973-533-0777 | rparikh@pemlawfirm.com |
| rparikh@genovaburns.com | |
| keinhorn@genovaburns.com | |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |
| *as listed on the Complaint* | *as listed on the District Court Docket* |

    I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: March 28, 2024

                                                              By:   /s/Ryan J. Cooper
                                                                           Ryan J. Cooper