| | |
|---|---|
| Ryan J. Cooper<br>Renier Pierantoni<br>**COOPER, LLC – COUNSELORS AT LAW**<br>108 N. Union Ave., Suite 4<br>Cranford, NJ 07016<br>ryan@cooperllc.com<br>renier@cooperllc.com<br>908.514.8830 x101<br>*Attorneys for Defendant Labels & Lists, Inc.* | Misha Isaak (pro hac vice forthcoming)<br>James Kilcup (pro hac vice forthcoming)<br>Alexandra Giza (pro hac vice forthcoming)<br>**STOEL RIVES LLP**<br>760 SW Ninth Ave. Suite 3000<br>Portland, OR 97205<br>Telephone: (503) 224-3380<br>Email: misha.isaak@stoel.com |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LABELS & LISTS, INC., et al.*,*<br><br>　　　　　Defendants. | **CIVIL ACTION**<br><br>Docket No. 2:24-cv-4174-WJM-JBC |

## APPLICATION FOR EXTENSION OF TIME TO
## ANSWER, MOVE, OR OTHERWISE REPLY

Application is hereby made, pursuant to Local Civil Rule 6.1(b), for a Clerk's Order extending by fourteen (14) days the time within which Defendant Labels & Lists, Inc. may answer, move, or otherwise reply to the Complaint filed by Plaintiffs Atlas Data Privacy Corporation, Edwin Moldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan.

It is herein represented that:

1. No previous extension has been obtained;

2. Service of process was effected on February 26, 2024;

3. Defendant's Notice of Removal was filed on March 25, 2024; and

4.  Defendant's Time to Answer, Move or otherwise Reply expires on April 1, 2024.

Dated: March 29, 2024

Respectfully submitted,
COOPER, LLC

By:   /s/Ryan J. Cooper
    Ryan J. Cooper
    Renier P. Pierantoni
    ryan@cooperllc.com
    renier@cooperllc.com
    **COOPER, LLC**
    108 N. Union Ave., Suite 4
    Cranford, NJ 07016
    Telephone: (908) 514-8830

    Misha Isaak (*pro hac vice application forthcoming*)
    misha.isaak@stoel.com
    James A. Kilcup (*pro hac vice application forthcoming*)
    james.kilcup@stoel.com
    Alexandra Choi Giza (*pro hac vice application forthcoming*)
    alexandra.giza@stoel.com
    **STOEL RIVES LLP**
    760 SW Ninth Ave, Suite 3000
    Portland, OR 97205
    Telephone: (503) 224-3380

    *Attorneys For Defendant Labels & Lists, Inc.*

## ORDER

The above application is ORDERED GRANTED extended to April 15, 2024.

ORDER DATED:_____

WILLIAM T. WALSH, Clerk

By: _____
    Deputy Clerk