UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**  **DATE OF PROCEEDINGS: 04/18/2024**

**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell   **DOCKET #**  CV 24-4174 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
      v.
LABELS & LISTS, INC

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced: 10:00 AM   Time Adjourned: 12:20 PM

Total: <u>2 hours and 20 minutes</u>

                                                    s/ *David Bruey*
                                                  **DEPUTY CLERK**