Ryan J. Cooper
Renier Pierantoni
**COOPER, LLC – COUNSELORS AT LAW**
108 N. Union Ave., Suite 4
Cranford, NJ 07016
ryan@cooperllc.com
renier@cooperllc.com
908.514.8830 x101

Misha Isaak (pro hac vice forthcoming)
James Kilcup (pro hac vice forthcoming)
Alexandra Giza (pro hac vice forthcoming)
**STOEL RIVES LLP**
760 SW Ninth Ave. Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Email: misha.isaak@stoel.com

*Attorneys for Defendant Labels & Lists, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LABELS & LISTS, INC., *et al.,*<br><br>Defendants. | Civil Action No. 1:24-cv-4174<br><br>**CONSENT MOTION TO ADMIT MISHA ISAAK, JAMES KILCUP, AND ALEXANDRA GIZA *PRO HAC VICE*** |

**PLEASE TAKE NOTICE** that upon the accompanying Certification of Ryan J. Cooper, the Certification of Misha Isaak, the Certification of James Kilcup, and the Certification of Alexandra Giza, the undersigned will move before this Court for an Order pursuant to Local Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey granting the admission of Misha Isaak, James Kilcup, and Alexandra Giza, *pro hac vice* to the bar of this Court for the purpose of representing Defendant Labels & Lists, Inc.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs consent to the relief requested via this motion.

Dated: April 22, 2024

Respectfully submitted,
/s/Ryan J. Cooper
Ryan J. Cooper
**COOPER, LLC – COUNSELORS AT LAW**
108 N. Union Ave., Suite 4
Cranford, NJ 07016
ryan@cooperllc.com
908.514.8830 x101
*Attorneys for Defendant Labels & Lists, Inc.*

**Certificate of Service**

  I hereby certify that on this date I caused a true and complete copy of the foregoing Consent Motion to Admit Misha Isaak, James Kilcup, and Alexandra Giza *Pro Hac Vice*, supporting Certifications and proposed form of Order to be electronically filed with the United States District Court for the District of New Jersey, and to be served upon all parties by means of the ECF filing system.

  I further certify that the foregoing statement made by me is true. I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.


Dated: April 22, 2024

                  /s/Ryan J. Cooper
                  Ryan J. Cooper