| | |
|---|---|
| Ryan J. Cooper<br>Renier Pierantoni<br>**COOPER, LLC – COUNSELORS AT LAW**<br>108 N. Union Ave., Suite 4<br>Cranford, NJ 07016<br>ryan@cooperllc.com<br>renier@cooperllc.com<br>908.514.8830 x101 | Misha Isaak (pro hac vice forthcoming)<br>James Kilcup (pro hac vice forthcoming)<br>Alexandra Giza (pro hac vice forthcoming)<br>**STOEL RIVES LLP**<br>760 SW Ninth Ave. Suite 3000<br>Portland, OR 97205<br>Telephone: (503) 224-3380<br>Email: misha.isaak@stoel.com |

*Attorneys for Defendant Labels & Lists, Inc.*

## UNITED STATE DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LABELS & LISTS, INC., *et al.*,<br><br>Defendants. | Civil Action No. 1:24-cv-4174<br><br>**ORDER ADMITTING MISHA ISAAK, JAMES KILCUP, AND ALEXANDRA GIZA** *PRO HAC VICE* |

This matter having been brought before the Court by Ryan J. Cooper, Esq., counsel for Defendant Labels & Lists, Inc., on application for an Order allowing Misha Isaak, James Kilcup and Alexandra Giza, Esqs., to appear and participate *pro hac vice* [D.E. No. 16]; and Plaintiffs Atlas Data Privacy Corporation, *et al.*, having consented to the application; the Court having considered the moving papers; and the matter being considered pursuant to FED. R. CIV. P. 78, and for good cause shown;

**IT IS** on this  24th  day of ___April___, 2024

**ORDERED** that Misha Isaak, a member in good standing of the Bar of the State of Oregon, and the District of Oregon, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. CIV. R. 101.1(c); and it is further

**ORDERED** that James Kilcup, a member in good standing of the Bar of the States of Oregon and Washington, and the Districts of Oregon and Washington, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. C<small>IV</small>. R. 101.1(c); and it is further

**ORDERED** that Alexandra Giza, a member in good standing of the Bar of the State of Oregon, and the District of Oregon, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. C<small>IV</small>. R. 101.1(c); and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member of associate of the law firm of Cooper, LLC, attorneys of record for Defendant Labels & Lists, Inc., who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Misha Isaak, James Kilcup and Alexandra Giza, shall each pay the annual fee of $267.00 to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, unless previously paid for the current calendar year; and it is further

**ORDERED** that Misha Isaak, James Kilcup and Alexandra Giza, shall each make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Misha Isaak, James Kilcup and Alexandra Giza, shall each be bound by the Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that Misha Isaak, James Kilcup and Alexandra Giza, shall each be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Misha Isaak, James Kilcup and Alexandra Giza, may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

*Harvey Bartle III*
HARVEY BARTLE III, U.S.D.J.

-3-