UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Atlas Data Privacy Corporation, et al.

        Plaintiff(s),

v.

Labels & Lists, Inc., et al.

        Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No. 1:24-cv-04174

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

        /s/Ryan J Cooper
        Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Misha Isaak

Address: Stoel Rives LLP
760 SW Ninth Ave, Ste 3000
Portland, OR 97205

E-mail: misha.isaak@stoel.com

(One email address only)