UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**   CV 24-4174 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
             v.
LABELS & LISTS, INC

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE

Time commenced:  3:16 PM                      Time Adjourned: 3:18 PM

Total:  2 minutes

                                        s/ *David Bruey*
                                        **DEPUTY CLERK**