| | |
|---|---|
| Ryan J. Cooper | Misha Isaak |
| Renier Pierantoni | James Kilcup |
| **COOPER, LLC – COUNSELORS AT LAW** | Alexandra Giza |
| 108 N. Union Ave., Suite 4 | **STOEL RIVES LLP** |
| Cranford, NJ 07016 | 760 SW Ninth Ave. Suite 3000 |
| ryan@cooperllc.com | Portland, OR 97205 |
| renier@cooperllc.com | Telephone: (503) 224-3380 |
| 908.514.8830 x101 | Email: misha.isaak@stoel.com |

*Attorneys for Defendant Labels & Lists, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>LABELS & LISTS, INC., et al.,<br><br>     Defendants. | **CIVIL ACTION**<br><br>Docket No. 1:24-cv-4174-HB<br><br>**MOTION TO DISMISS**<br><br>**Return Date: September 3, 2024** |

**PLEASE TAKE NOTICE** that, on a date to be determined by the Court, and as soon as counsel may be heard, Defendant Labels & Lists, Inc. ("L2"), by and through its counsel Cooper, LLC and Stoel Rives, LLP, shall move before the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an order holding that Daniel's Law violates the First Amendment and the Free Speech Clause of the New Jersey Constitution, and is unconstitutionally vague, and dismissing the Complaint in this action with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, L2 shall rely on, and joins, the Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint, and supporting documents, filed today in the related action *Atlas Data*

*Privacy Corp., et al., v. Lightbox Parent, L.P.*, No. 1:24-cv-4105 (D.N.J.).

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's orders, L2's Motion is made without waiver of or prejudice to and with a full reservation of all defenses not raised in this motion.

Dated: June 10, 2024

Respectfully submitted,
COOPER, LLC

By: /s/Ryan J. Cooper
Ryan J. Cooper
Renier P. Pierantoni
ryan@cooperllc.com
renier@cooperllc.com
**COOPER, LLC**
108 N. Union Ave., Suite 4
Cranford, NJ 07016
Telephone: (908) 514-8830

Misha Isaak
misha.isaak@stoel.com
James A. Kilcup
james.kilcup@stoel.com
Alexandra Choi Giza
alexandra.giza@stoel.com
**STOEL RIVES LLP**
760 SW Ninth Ave, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380

*Attorneys For Defendant Labels & Lists, Inc.*

**Certificate of Service**

      I hereby certify that on this date I caused a true and complete copy of the foregoing Motion to Dismiss to be electronically filed with the United States District Court for the District of New Jersey, and to be served upon all parties by means of the ECF filing system.

      I further certify that the foregoing statement made by me is true. I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.

Dated: June 10, 2024

                                                                  /s/Ryan J. Cooper
                                                                  Ryan J. Cooper