Ryan L. Cooper
Renier Pierantoni
**COOPER, LLC – COUNSELORS AT LAW**
108 N. Union Ave., Suite 4
Cranford, NJ 07016
ryan@cooperllc.com
renier@cooperllc.com
908.514.8830 x101

Misha Isaak
James Kilcup
Alexandra Giza
**STOEL RIVES LLP**
760 SW Ninth Ave. Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Email: misha.isaak@stoel.com

*Attorneys for Defendant Labels & Lists, Inc.*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LABELS & LISTS, INC., et al.*,*<br><br>Defendants. | **CIVIL ACTION**<br><br>Docket No. 1:24-cv-4174-HB<br><br>**MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that, on a date to be determined by the Court, and as soon as counsel may be heard, Defendant Labels & Lists, Inc. ("L2"), by and through its counsel Cooper, LLC and Stoel Rives, LLP, shall move before the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an order dismissing Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, L2 shall rely on, and joins, the Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6), and supporting documents, filed today in the related action *Atlas Data Privacy Corp., et al., v. DM Group, Inc.*, No. 1:24-cv-4075 (D.N.J.).

Dated: March 18, 2025              Respectfully submitted,
COOPER, LLC

By:   /s/Ryan J. Cooper        
    Ryan J. Cooper
    Renier P. Pierantoni
    ryan@cooperllc.com
    renier@cooperllc.com
    **COOPER, LLC**
    108 N. Union Ave., Suite 4
    Cranford, NJ 07016
    Telephone: (908) 514-8830

    Misha Isaak
    misha.isaak@stoel.com
    James A. Kilcup
    james.kilcup@stoel.com
    Alexandra Choi Giza
    alexandra.giza@stoel.com
    **STOEL RIVES LLP**
    760 SW Ninth Ave, Suite 3000
    Portland, OR 97205
    Telephone: (503) 224-3380

    *Attorneys For Defendant Labels & Lists, Inc.*

**Certificate of Service**

I hereby certify that on this date I caused a true and complete copy of the foregoing Motion to Dismiss to be electronically filed with the United States District Court for the District of New Jersey, and to be served upon all parties by means of the ECF filing system.

I further certify that the foregoing statement made by me is true. I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.

Dated: March 18, 2025

/s/Ryan J. Cooper
Ryan J. Cooper