UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   April 2, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**              **DOCKET NO.:** 24-4174 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
LABELS & LISTS, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: STATUS CONFERENCE

Status conference held on the record.

                                    s/Lawrence Macstravic
                                    Deputy Clerk

Time Commenced: 10:14a.m.    Time Adjourned: 10:15a.m.    Total Time in Court: 0:01