UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   June 16, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**   **DOCKET NO.:** 24-4174 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
LABELS & LISTS, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: MOTION HEARING; STATUS CONFERENCE

Hearing on [51] Motion to Dismiss held on the record.
Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:10:55a.m.    Time Adjourned: 11:00a.m.    Total Time in Court: 0:05