

**Jessica A. Merejo, Esq.**
**Senior Associate**
jmerejo@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.567.7832

November 19, 2025

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court of New Jersey
Mitchell H. Cogen Building & U.S. Courthouse
4th and Cooper Streets, Room 1050
Camden, New Jersey 08101

      Re:    **Atlas Data Privacy Corp., et al. v. Labels & Lists, Inc.**
                **Civil Action No. 1:24-cv-4174**

Dear Judge Bartle:

    This firm represents plaintiffs, Atlas Data Privacy Corporation ("Atlas"), as assignee of individuals who are covered persons ("Assignors") under N.J.S.A. 56:8-166.1(d) ("Daniel's Law"); and the individual plaintiffs (Individual Plaintiffs with Atlas collectively, "Plaintiffs") in the above-referenced matters against defendant Labels & Lists, Inc.

    We respectfully submit the enclosed Stipulation of Time and proposed form of Order for the Court's consideration.

    We thank the Court for its consideration of this request.

                                        Respectfully submitted,

                                        **PEM LAW LLP**
                                        *Attorney for Plaintiffs*

                        By:    s/ *Jessica A. Merejo*
                               JESSICA A. MEREJO

JAM/
Encl.
c: Counsel of record (via ECF)