```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| LABELS & LISTS, INC., et al. | : | NO. 24-4174 |

### ORDER

AND NOW, this 20th day of November 2025, based on the joint letter request of the parties (Doc. #77) and notwithstanding the court's order of November 3, 2025 (Doc. #76), it is hereby ORDERED that:

(1) The parties' letter request is DENIED;

(2) Plaintiffs shall serve any answers or otherwise respond to defendant's counterclaims on or before December 19, 2025;

(3) Defendant shall file any responsive briefs on or before January 9, 2026; and

(4) Any replies to the plaintiffs' brief shall be filed on or before January 16, 2026.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.