**PEM LAW LLP**
Rajiv D. Parikh, Esq.
Kathleen Barnett Einhorn, Esq.
Jessica A. Merejo, Esq.
1 Boland Drive, Suite 101
West Orange, New Jersey 07052
Telephone: (973) 577-5500
Email: rparikh@pemlawfirm.com
         keinhorn@pemlawfirm.com
         jmerejo@pemlawfirm.com

**PORZIO, BROMBERG & NEWMAN, P.C.**
Vito A. Gagliardi, Jr., Esq.
Alfred R. Brunetti, Esq.
Sarah A. Wisniewski, Esq.
100 Southgate Parkway
Morristown, New Jersey 07962-1997
Telephone: (973) 538-4006
Fax: (973) 538-5146
Email:  vagagliardi@pbnlaw.com
          arbrunetti@pbnlaw.com
          sawisniewski@pbnlaw.com

*Attorneys for Plaintiffs Atlas Data Privacy Corporation, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>LABELS & LISTS, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 1:24-cv-4174-HB<br><br><br>**NOTICE OF MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS** |

**PLEASE TAKE NOTICE** that on January 20, 2026 or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiffs Atlas Data Privacy Corporation *as assignee of individuals who are Covered Persons*; Jane Doe-1, *a law enforcement officer*; Jane Doe-2, *a law*

*enforcement officer*; Edwin Maldonado; Scott Maloney; Justyna Maloney; Patrick Colligan; Peter Andreyev; and William Sullivan (collectively "Plaintiffs"), hereby move to dismiss Defendant Labels & Lists, Inc.'s Counterclaims with prejudice pursuant to *Fed. R. Civ. P.* 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs will rely upon their Memorandum of Law in Support of their Motion and the Certification of Vito A. Gagliardi, Jr., Esq., with exhibits, submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PORZIO, BROMBERG & NEWMAN, P.C.**

By:     s/Vito A. Gagliardi, Jr.

Vito A. Gagliardi, Jr., Esq.
Alfred R. Brunetti, Esq.
Sarah A. Wisniewski, Esq.
100 Southgate Parkway
Morristown, NJ 07960
Tel: 973-538-4006
Email: vagagliardi@pbnlaw.com

**PEM LAW LLP**
Rajiv D. Parikh, Esq.
Kathleen Barnett Einhorn, Esq.
Jessica A. Merejo, Esq.
1 Boland Drive, Suite 101
West Orange, New Jersey 07052

*Counsel for Plaintiffs Atlas Data Privacy Corporation, Jane Doe-1, Jane Doe-2, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan*

Dated:  December 19, 2025

## CERTIFICATE OF SERVICE

    I hereby certify that on December 19, 2025, I caused a copy of the foregoing *Brief in Support of Plaintiffs' Motion to Dismiss Defendant's Counterclaims* to be served by the Court's CM/ECF system, which will send notification via email to counsel of record.

                                           s/Vito A. Gagliardi, Jr.
                                           Vito A. Gagliardi, Jr.