**PORZIO, BROMBERG & NEWMAN, P.C.**
Vito A. Gagliardi, Jr., Esq.
Alfred R. Brunetti, Esq.
Sarah A. Wisniewski, Esq.
5 Sylvan Way, Suite 110
Parsippany, New Jersey 07054
Telephone: (973) 538-4006
Fax: (973) 538-5146
Email:  vagagliardi@pbnlaw.com
            arbrunetti@pbnlaw.com
            sawisniewski@pbnlaw.com

*Attorneys for Plaintiffs Atlas Data Privacy Corporation, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>LABELS & LISTS, INC., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No.: 1:24-cv-4174-HB<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned is admitted to practice in this court, enters his appearance as counsel for Plaintiffs Atlas Data Privacy Corporation, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan, and

10108757

requests that all papers in this action be served upon the undersigned at the address set forth below.

Dated: March 11, 2026

                              **PORZIO, BROMBERG & NEWMAN, P.C.**

                              By:   *s/* Alfred R. Brunetti
                                   Alfred R. Brunetti
                              5 Sylvan Way, Suite 110
                              Parsippany, New Jersey 07054
                              Tel: 973-538-4006
                              Email: arbrunetti@pbnlaw.com
                              *Attorneys for Plaintiffs Atlas Data Privacy Corporation, Edwin Maldonado, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan*

10108757