IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                    :          CIVIL ACTION
CORPORATION, et al.                   :
                                      :
        v.                            :
                                      :
LABELS & LISTS, INC.                  :          NO. 24-4174

ORDER

AND NOW, this 7th day of July 2026, it is hereby ORDERED that the motion of plaintiffs to dismiss defendant's counterclaims under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. #82) is GRANTED.

_____

Defendant Labels & Lists, Inc. has counterclaimed for declaratory judgment that Daniel's Law, N.J. Stat. Ann. § 56:8-166.1, is unconstitutional on its face and as applied to Labels & Lists.  Plaintiffs have filed a motion to dismiss these counterclaims for failure to state a claim.

Defendant's counterclaim seeking a declaration that Daniel's Law is unconstitutional on its face will be dismissed for the reasons upholding its constitutionality stated in the court's Memorandum dated November 26, 2024 (Doc. #38) in this and other actions.  Atlas Data Priv. Corp. v. We Inform, LLC, 758 F. Supp. 3d 322 (D.N.J. 2024).

As to defendant's as-applied challenge, the court first notes that the factual allegations here are similar to the ones considered by the court in its April 22, 2026 Memorandum in

Atlas Data Privacy Corporation v. Sterling Data Company LLC, No. CV 25-9963, 2026 WL 1091088 (D.N.J. Apr. 22, 2026).  In that Memorandum, the court set forth its reasoning for denying the motion of Sterling Data Company for judgment on the pleadings. In its motion, Sterling Data Company challenged Daniel's Law as unconstitutional as applied.

Similar to Sterling Data Company, Labels & Lists compiles and licenses voter data for purposes of constituent services, political advertising, and canvassing.  Even if Labels & Lists is engaged in political speech, Daniel's Law is a content-neutral statute in the sense that it is not directed at political speech and it is designed to protect the privacy and safety of judges, prosecutors, law enforcement officers and their families.  Viewing the allegations in the counterclaims of Labels & Lists in the light most favorable to defendant as required when considering a Rule 12(b)(6) motion, the court concludes that Daniel's Law is not unconstitutional as applied to Labels & Lists for the same reasons stated in the April 22, 2026 Sterling Data Company Memorandum.

Accordingly, the counterclaims of Labels & Lists are being dismissed.

BY THE COURT:

/s/  Harvey Bartle III
                              J.

-2-