Ryan J. Cooper
**COOPER, LLC – COUNSELORS AT LAW**
108 N. Union Ave., Suite 4
Cranford, NJ 07016
ryan@cooperllc.com
908.514.8830 x101

*Attorneys for Defendant Labels & Lists, Inc.*

Misha Isaak
Alexandra Giza
**STOEL RIVES LLP**
760 SW Ninth Ave. Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
misha.isaak@stoel.com
alexandra.giza@stoel.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LABELS & LISTS, INC., et al.*,*<br><br>Defendants. | **CIVIL ACTION**<br><br>Docket No. 1:24-cv-4174-HB<br><br>**MOTION FOR RECONSIDERATION OF JUNE 30, 2026 ORDER** |

**PLEASE TAKE NOTICE** that, on a date to be determined by the Court, and as soon as counsel may be heard, Defendant Labels & Lists, Inc. ("L2"), by and through its counsel Cooper, LLC and Stoel Rives, LLP, shall move before the United States District Court for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an order of reconsideration of the Court's June 30, 2026 Order pursuant to Local Civil Rule 7.1(i).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, L2 shall rely on, and joins, Defendants' Consolidated Brief in Support, and supporting documents, filed July 14, 2026, in the related action *Atlas Data Privacy Corp., et al., v. DM Group, Inc., et al.*, No. 1:24-cv-4075 (D.N.J.).

Dated: July 15, 2026

Respectfully submitted,
COOPER, LLC

By:    /s/Ryan J. Cooper

Ryan J. Cooper
ryan@cooperllc.com
**COOPER, LLC**
108 N. Union Ave., Suite 4
Cranford, NJ 07016
Telephone: (908) 514-8830

Misha Isaak
misha.isaak@stoel.com
Alexandra Choi Giza
alexandra.giza@stoel.com
**STOEL RIVES LLP**
760 SW Ninth Ave, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380

*Attorneys For Defendant Labels & Lists, Inc.*

2

**Certificate of Service**

I hereby certify that on this date I caused a true and complete copy of the foregoing Motion for Reconsideration to be electronically filed with the United States District Court for the District of New Jersey, and to be served upon all parties by means of the ECF filing system.

I further certify that the foregoing statement made by me is true. I am aware that if the foregoing statement made by me is willfully false, I am subject to punishment.

Dated: July 15, 2026

/s/Ryan J. Cooper
Ryan J. Cooper